UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S. a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>Plaintiff,<br><br>v.<br><br>WINSTON BROWN individually and in his official capacity acting under color of State law; LUKE CONNOLLY, individually and in his official capacity acting under color of State law; DAVID OTEBELE, individually and in his official capacity acting under color of State law; and, RACHEL SANDERS (STRAW), individually and in her official capacity acting under color of State law,<br><br>Defendants. | CIVIL ACTION NO.: 2:25-CV-02056-JHC<br><br>STIPULATED MOTION RE: JUDICIAL ECONOMY -- ONE OMNIBUS RESPONSE INSTEAD OF FOUR |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties stipulate as follows:

- Defendant Rachel Sanders (Straw) filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement (**Dkt. No. 8**);
- Defendant David Otebele filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement (**Dkt. No. 9**);
- Defendant Luke Connolly filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement (**Dkt. No. 10**);

STIPULATED MOTION RE: JUDICIAL ECONOMY -- ONE
OMNIBUS RESPONSE INSTEAD OF FOUR - 1

- Defendant Winston Brown filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement (**Dkt. No. 11**); and
- Defendants filed Notices, noting all four Motions for December 18, 2025 (**Dkts. No. 12 and 13**).

THEREFORE, the parties STIPULATE AND AGREE that:

1. Plaintiff may file one, omnibus opposition to Defendants' motions. Plaintiff's omnibus opposition shall be limited to 20,000 words (instead of four 8,400 word oppositions).

2. Plaintiff shall file its omnibus opposition to Defendants' motions no later than December 11, 2025.

STIPULATED to this 19th day of November 2025.

| HAGENS BERMAN SOBOL SHAPIRO LLP | SERPE ANDREWS, PLLC |
|---|---|
| By: /s/ David P. Moody | *Per telephonic approval*<br>By: /s/ David P. Moody *for* |
| David P. Moody, WSBA No. 22853<br>Ryan T. Pittman, WSBA No. 57560<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: davidm@hbsslaw.com<br>ryanp@hbsslaw.com | Amy. H. Craft, WSBA No. 22853<br>Jonathan D. Stone, WSBA No. 61927<br>221 First Avenue West, Suite 200<br>Seattle, WA 98119<br>Telephone: (713) 452-4400<br>Email: acraft@serpeandrews.com<br>jstone@serpeandrews.com |
| *Attorneys for Plaintiff M.S.* | *Attorneys for Defendants* |

## ORDER

Based on the Stipulation of the parties, Plaintiff may file one, omnibus opposition to Defendants' motions. The opposition is limited to 20,000 words.

Plaintiff's opposition shall be filed no later than December 11, 2025.

IT IS SO ORDERED this 25th day of November, 2025.

_____
The Honorable John H. Chun

STIPULATED MOTION RE: JUDICIAL ECONOMY -- ONE
OMNIBUS RESPONSE INSTEAD OF FOUR - 3