UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S., a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WINSTON BROWN ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 2:25-cv-02056-JHC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

　　　　(1)  In interest of judicial economy—given the Court's recent Order in *Strode et al. v. Bolduan et al.*, 3:25-cv-5621, at Dkt. # 33—the Court ORDERS the parties to meet and confer within the next five court days about whether an agreement can be reached to withdraw the motions in this matter at Dkt. # 8, 9, 10, and 11, and to allow an amended complaint.

　　　　(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 4th day of December 2025.

                                    <u>Ravi Subramanian</u>
                                    Clerk

                                    <u>*/s/Ashleigh Drecktrah*</u>
                                    Deputy Clerk

MINUTE ORDER - 2