# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| M.S. a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>Plaintiff,<br><br>v.<br><br>WINSTON BROWN individually and in his official capacity acting under color of State law; LUKE CONNOLLY, individually and in his official capacity acting under color of State law; DAVID OTEBELE, individually and in his official capacity acting under color of State law; and, RACHEL SANDERS (STRAW), individually and in her official capacity acting under color of State law,<br><br>Defendants. | CIVIL ACTION NO.: 2:25-CV-02056-JHC<br><br>**STIPULATION AND ORDER RE: WITHDRAWAL OF DEFENDANTS' MOTIONS TO DISMISS AND FILING OF AMENDED COMPLAINT** |

Pursuant to the Court's directive (Dkt. No. 19), the parties have reached the following stipulation:

## I. BACKGROUND

On December 4, 2025, this Court issued a Minute Order. Dkt. No. 19. The Minute Order instructed the parties to meet and confer regarding the Court's ruling in *L.S. v. Bolduan,* Cause No. 3:25-cv-05621-JHC at Dkt. No. 33.

Specifically, the Court asked the parties to meet and confer whether Defendants would "withdraw the motions in this matter at Dkt. # 8, 9, 10, and 11, and to allow an amended complaint." Dkt. No. 19.

On December 5, 2025, the parties agreed to the following stipulation:

## II.     STIPULATION

In the interests of judicial economy, and in light of the Court's recent order in *L.S. v. Bolduan*, 3:25-cv-5621, at Dkt. No. 33, the parties stipulate as follows:

1. Defendants shall withdraw each motion to dismiss (Dkt. Nos. 8, 9, 10, and 11).
2. Plaintiff shall file an Amended Complaint that complies with this Court's Order in *L.S. v. Bolduan* (Dkt. No. 33).

STIPULATED to this 9th day of December 2025.

| HAGENS BERMAN SOBOL SHAPIRO LLP | SERPE ANDREWS, PLLC |
|---|---|
| By:[1] _____ | By: _____ |
| David P. Moody, WSBA No. 22853<br>Ryan T. Pittman, WSBA No. 57560<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: davidm@hbsslaw.com<br>ryanp@hbsslaw.com | Amy. H. Craft, WSBA No. 57433<br>Jonathan D. Stone, WSBA No. 61927<br>221 First Avenue West, Suite 200<br>Seattle, WA 98119<br>Telephone: (713) 452-4400<br>Email: acraft@serpeandrews.com<br>jstone@serpeandrews.com |
| *Attorneys for Plaintiff M.S.* | *Attorneys for Defendants* |

---

[1 Signatures are included at Dkt. # 20.]

STIPULATION AND ORDER RE: WITHDRAWAL OF
DEFENDANTS' MOTIONS TO DISMISS AND FILING OF
AMENDED COMPLAINT - 2
CASE NO. 2:25-CV-02056-JHC

**III.    ORDER**

1. This Court STRIKES Defendants' Motions at Dkt. ## 8, 9, 10, and 11 from its Motion Calendar.

2. Plaintiff shall file an Amended Complaint no later than December 29, 2025.

3. The Court thanks counsel for cooperating in connection with this stipulation.

Also, in the interest of judicial economy, regarding future motions, the Court DIRECTS defense counsel to consider the option of filing a joint motion on behalf of Defendants.

DATED this 9th day of December, 2025.

_____
John H. Chun
United States District Court