# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| M.S. a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>Plaintiff,<br><br>v.<br><br>WINSTON BROWN individually and in his official capacity acting under color of State law; LUKE CONNOLLY, individually and in his official capacity acting under color of State law; DAVID OTEBELE, individually and in his official capacity acting under color of State law; and, RACHEL SANDERS (STRAW), individually and in her official capacity acting under color of State law,<br><br>Defendants. | CIVIL ACTION NO.: 2:25-CV-02056-JHC<br><br><br><br>ORDER RE: PLAINTIFF'S MOTION TO EXPEDITE TRIAL<br><br>**NOTED FOR HEARING:**<br><br>**January 7, 2026** |

THIS MATTER comes before the Court upon Plaintiffs' Motion to Expedite Trial. Dkt. # 23. The Court has considered all materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS in part and DENIES in part the motion.

The Court will expedite trial. But given the Court's trial calendar, the Court SETS trial in this matter for **October 13, 2026**. The Court ORDERS the parties to meet and confer regarding pretrial deadlines, and to file a joint motion proposing such deadlines (noting disagreements, if any), by January 27, 2026; the dispositive motion deadline may not be scheduled for later than three months before trial.

ORDER RE: PLAINTIFF'S MOTION
TO EXPEDITE TRIAL - 1
CASE NO. 2:25-CV-02056-JHC

1   Entered this 12th day of January 2026.

                                    _____
                                    John H. Chun
                                    United States District Judge

ORDER RE: PLAINTIFF'S MOTION
TO EXPEDITE TRIAL - 2
CASE NO. 2:25-CV-02056-JHC