UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S., a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE, | CASE NO. 2:25-cv-02056-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WINSTON BROWN ET AL., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  In interest of judicial economy—given the Court's recent Order in *Strode et al. v. Bolduan et al.*, 3:25-cv-5621, at Dkt. # 49—the Court ORDERS the parties to meet and confer within the next five court days about whether an agreement can be reached to withdraw the motion in this matter at Dkt. # 27.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 12th day of February 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2