UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S., a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>Plaintiff,<br><br>v.<br><br>WINSTON BROWN ET AL.,<br><br>Defendants. | CASE NO. 2:25-cv-02056-JHC<br><br>ORDER |

Before the Court is Defendants' Joint Motion for a Protective Order.  Dkt. # 27.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court ORDERS as follows:

Defendants argue that the documents at issue are not within their possession, custody, or control.  Plaintiff has cast doubt on that argument.  *See* Dkt. ## 48 & 50.  For this reason, the Court DENIES the motion without prejudice.

Dated this 20th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 1