UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S., a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>        Plaintiffs,<br><br>        v.<br><br>WINSTON BROWN, individually, acting under color of State law; LUKE CONNOLLY, individually, acting under color of State law; DAVID OTEBELE, individually, acting under color of State law; and RACHEL SANDERS (STRAW), individually, acting under color of State law,<br><br>        Defendants. | Cause No. 2:25-cv-02056-JHC<br><br><br><br>**ORDER ON STIPULATED MOTION CONCERNING OVERLENGTH BRIEF** |

Before the Court is the parties' Stipulated Motion Concerning Overlength Brief.  Dkt. # 63.  The motion provides no reason to grant the requested relief; nor does it provide the proper legal standard to apply to such a request.  Thus, the Court DENIES the motion without prejudice.

//

//

ORDER                                          Page 1
Cause No: 2:25-cv-02056-JHC

DATED this 9th day of March, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE