**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| M.S. a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE, | CIVIL ACTION NO.: 2:25-CV-02056-JHC |
| Plaintiff, | |
| v. | ORDER APPOINTING GUARDIAN AD LITEM |
| WINSTON BROWN individually and in his official capacity acting under color of State law; LUKE CONNOLLY, individually and in his official capacity acting under color of State law; DAVID OTEBELE, individually and in his official capacity acting under color of State law; and, RACHEL SANDERS (STRAW), individually and in her official capacity acting under color of State law, | |
| Defendants. | |

This matter comes before the Court on a Motion for the appointment of a Guardian ad Litem. Dkt. # 64.

Having considered the pleadings on file, the Court is reasonably convinced that M.S. would benefit from the appointment of a Guardian ad Litem under LCR 17(c) and finds that appointment of Lafcadio H. Darling as Guardian ad Litem is in the best interests of M.S.

THEREFORE, for good cause shown, it is hereby **ORDERED**:

1. That Lafcadio H. Darling (WSBA Bar No. 29963) is hereby appointed as Guardian ad Litem on behalf of M.S.

ORDER APPOINTING
GUARDIAN AD LITEM - 1
CASE NO. 2:25-CV-02056-JHC

2. Mr. Darling is directed to provide the Court with a written report and recommendation regarding the adequacy of any proposed settlement between M.S. and Defendant(s) within thirty (30) days of the parties reaching any proposed settlement.

Entered this 10th day of March 2026.

_____
John H. Chun
United States District Judge

ORDER APPOINTING
GUARDIAN AD LITEM - 2
CASE NO. 2:25-CV-02056-JHC