UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S., a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>          Plaintiffs,<br><br>     v.<br><br>WINSTON BROWN, individually, acting under color of State law; LUKE CONNOLLY, individually, acting under color of State law; DAVID OTEBELE, individually, acting under color of State law; and RACHEL SANDERS (STRAW), individually, acting under color of State law,<br><br>          Defendants. | Cause No. 2:25-cv-02056-JHC<br><br><br><br>**ORDER** |

Before the Court is Defendants' "Unopposed Motion to File Overlength Brief." Dkt. # 66. The Court has considered the motion and the response at Dkt. # 68. The motion provides no legal basis to grant the requested relief; nor does it fully explain why multiple defendants or "the complex history of this case and its related cases" necessitates additional words. *See* Dkt. # 66 at 2. The Court thus DENIES the motion.

DATED this 10th day of March, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER                                    Page 2
Cause No: 2:25-cv-02056-JHC