**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| M.S. a minor, by and through her parents and legal guardians, DAVID STRODE and SARAH STRODE, | NO.: 2:25-CV-02056-JHC |
| Plaintiff, | |
| v. | ORDER |
| WINSTON BROWN individually and in his official capacity acting under color of State law; LUKE CONNOLLY, individually and in his official capacity acting under color of State law; DAVID OTEBELE, individually and in his official capacity acting under color of State law; and, RACHEL SANDERS (STRAW), individually and in her official capacity acting under color of State law, | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Strike (Dkt. # 48), Plaintiff's Motion for Discovery Sanctions (Dkt. # 58), and the requests in Plaintiff's letter (Dkt. # 75). The Court has considered the materials filed in support of and in opposition to the motions, the letter briefs, the rest of the file, and the governing law. Being fully advised, for the reasons below, the Court ORDERS as follows:

**Motion to Strike**

The Court DENIES Plaintiff's Motion to Strike (Dkt. # 48).

As for the seven exhibits attached to Defendants' Response to Plaintiff's Motion for

ORDER - 1
CASE NO. 2:25-CV-02056-JHC

Partial Summary Judgment (Dkt. # 42), the Court disagrees with Defendants that LCR 7(g) applies. LCR 7(g)(5) provides, "This rule does not limit a party's ability to file a motion to strike otherwise permitted by the Federal Rules of Civil Procedure[.]" And Plaintiff sought to strike the materials under Federal Rule of Civil Procedure 37(c)(1). *See* Dkt. # 48 at 12. Still, the Court DENIES Plaintiff's request to strike these exhibits, as it is not persuaded that Plaintiff has been prejudiced in connection with these materials.

As for the Declaration of Daniel Pollack (Dkt. # 42-15), the Court DENIES Plaintiff's request to strike this document under Federal Rule of Evidence 702. Plaintiff's argument could have been raised in Plaintiff's reply in support of her motion for partial summary judgment and thus violates LCR 7(g).[1] *See* Dkt. # 45.

### Motion for Discovery Sanctions (& Requests in Letter)

The Court GRANTS in part and DENIES in part Plaintiff's Motion for Discovery Sanctions (Dkt. # 58) and Plaintiff's other requests (Dkt. # 75).

That Defendants seem unwilling to acknowledge their independent discovery obligations in *this* matter troubles the Court. *See* Dkt. # 78 (transcript of hearing not yet on file). Thus, the Court ORDERS each Defendant and each defense lawyer of record to provide to Plaintiff a sworn statement providing that: (1) to the best of that person's knowledge, all documents due thus far in response to Plaintiff's document requests have been produced; and (2) that the person has not used, for any purpose in this litigation, any responsive document (including any unredacted version) that has not been produced to Plaintiff. Defendants must also provide a detailed log of any materials withheld on privilege grounds, to the extent that they are

---

[1] Plaintiff does not offer a legal basis for a standalone motion to strike the Pollack Declaration; nor has the Court found any. Plaintiff cites Federal Rule of Evidence 702 but does not style the motion as a *Daubert* motion; also, such a motion must follow the 28-day schedule of LCR 7(d)(4)—and the Court wonders how it would fit in the context of summary judgment briefing. In any event, Plaintiff frames the motion as one to "strike" and thus the Court applies LCR 7(g).

ORDER - 2
CASE NO. 2:25-CV-02056-JHC

withholding any documents on the basis of a claimed privilege.  These statements and the log are due on or before April 13, 2026.

The Court GRANTS Plaintiff's request to add additional defendants.  Plaintiff may properly add any additional defendants in this matter on or before April 29, 2026.

The Court otherwise DENIES the parties' requests, including those for monetary sanctions and attorney fees.

DATED this 30th day of March 2026.

John H. Chun
United States District Judge

ORDER - 3
CASE NO. 2:25-CV-02056-JHC